## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHAD BELLANGER** | **CIVIL ACTION NO.: 06-3758** |
| **VERSUS** | **SECTION "K" MAG. "3"** |
| **PRIDE OFFSHORE, INC.** | **JUDGE DUVAL** |
| | **MAGISTRATE JUDGE KNOWLES** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **ORDER**

Considering the foregoing Joint Motion to Dismiss with Prejudice,

IT IS ORDERED that said motion be GRANTED and that the claims of the plaintiff, Chad Bellanger, against defendant Pride Offshore, Inc. be hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

New Orleans, Louisiana this  25th day of ____June____ 2007.

_____
UNITED STATES DISTRICT JUDGE